James E. Cecchi
**CARELLA, BYRNE, CECCHI,**
**BRODY & AGNELLO, P.C.**
5 Becker Farm Road
Roseland, New Jersey 07068
jcecchi@carellabyrne.com

*Counsel for Plaintiff Jeffrey Mishkin*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| JEFFREY MISHKIN, Individually And On Behalf Of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>VOLKSWAGEN GROUP OF AMERICA, INC.,<br><br>Defendant. | Civil Action No. 1:22-cv-06127(ESK)(EAP) |

### NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Jeffrey Mishkin, by and through undersigned counsel, voluntary dismisses his individual claims against Defendant. Defendant has not "serve[d] either an answer or a motion for summary judgment." Fed. R. Civ. P. 41(a)(1)(A)(i). Dismissal is thus "without prejudice." *Id.* 41(a)(1)(B).

Dated: January 10, 2025

Respectfully submitted,

/s/ *James E. Cecchi*
James E. Cecchi
**CARELLA, BYRNE, CECCHI,**
**BRODY & AGNELLO, P.C.**
5 Becker Farm Road
Roseland, NJ 07068
(973) 994-1700
jcecchi@carellabyrne.com

*Counsel for Plaintiff Jeffrey Mishkin*

So ordered.

/s/ *Edward S. Kiel*
Edward S. Kiel, U.S.D.J.
Date: January 13, 2025